

2010 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

8-27-2010

# Arrigotti Fine Jewelry v. DE Beers SA

Precedential or Non-Precedential: Precedential

Docket No. 08-2784

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2010

Recommended Citation

"Arrigotti Fine Jewelry v. DE Beers SA" (2010). *2010 Decisions.* Paper 654.
http://digitalcommons.law.villanova.edu/thirdcircuit_2010/654

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2010 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

Nos. 08-2784/2785/2798/2799/2818/2819/2831/2881
_____

SHAWN SULLIVAN;
ARRIGOTTI FINE JEWELRY; JAMES WALNUM,
on behalf of themselves and all others similarly situated,

v.

DB INVESTMENTS, INC; DE BEERS S.A.;
DE BEERS CONSOLIDATED MINES, LTD; DE BEERS A.G.;
DIAMOND TRADING COMPANY; CSO VALUATIONS A.G.;
CENTRAL SELLING ORGANIZATION; DE BEERS CENTENARY A.G.

DAVID T. MURRAY, Appellant at 08-2784
(Pursuant to Fed. R. App. P. 12(a))

SUSAN M. QUINN, Appellant at 08-2785
(Pursuant to Fed. R. App. P. 12(a))

MARVIN L. UNION; TIM HENNING;
NEIL FREEDMAN; KYLIE LUKE;
WILLIAM BENJAMIN COFFEY, Jr.,
Appellants at 08-2798
(Pursuant to Fed. R. App. P. 12(a))

AARON PETRUS, Appellant at 08-2799
(Pursuant to Fed. R. App. P. 12(a))

JANET GIDDINGS, Appellant at 08-2818
(Pursuant to Fed. R. App. P. 12(a))

FRANK ASCIONE; ROSAURA BAGOLIE;
MATTHEW DELONG; SANDEEP
GOPALAN; MANOJ KOLEL-VEETIL;
MATTHEW METZ; ANITA PAL;
DEB K PAL; JAY PAL; PETER PERERA;
RANGESH K. SHAH; ED MCKENNA;
THOMAS VAUGHAN, Appellants at 08-2819
(Pursuant to Fed. R. App. P. 12(a))

KRISTEN DISHMAN;
MARGARET MARASCO,
Appellants at 08-2831
(Pursuant to Fed. R. App. P. 12(a))

JAMES B. HICKS, Appellant at 08-2881
(Pursuant to Fed. R. App. P. 12(a))

(DNJ Civil Action No. 04-cv-2819)

Present:  SCIRICA, RENDELL, AMBRO, FUENTES, SMITH, FISHER, CHAGARES, JORDAN, and VANASKIE, *Circuit Judges*.

**ORDER**

Upon consideration of the petition for rehearing filed by appellees and the answers filed by appellants, it is hereby O R D E R E D that the petition for rehearing *en banc* is granted.  It is

FURTHER ORDERED that the opinion and judgment filed July 13, 2010, is hereby vacated.  The Clerk of this Court shall list the above case for rehearing *en banc* at the convenience of the Court.

By the Court,


/s/ Anthony J. Scirica
Circuit Judge


Dated:      August 27, 2010
            Ben Kinzler, Esq.
            Robert J. LaRocca, Esq.
            Joanne Zack, Esq.
            William Bernstein, Esq.
            Jessica Biggio, Esq.
            Francis Ciani-Dausch, Esq.

2

Josef D. Cooper, Esq.
Craig C. Corbitt, Esq.
Tara S. Emory, Esq.
Eric B. Fastiff, Esq.
Cecelia L. Gardner, Esq.
Edward W. Harris III, Esq.
Matthew P. Hendrickson, Esq.
Steven A. Katz, Esq.
Susan G. Kupfer, Esq.
John A. Maher, Esq.
John J. Pentz, III, Esq.
Mark J. Sagat, Esq.
Robert A. Skirnick, Esq.
Jared Stamell, Esq.
Steven C. Sunshine, Esq.
Joseph J. Tabacco, Jr. Esq.
Howard J. Bashman, Esq.
Howard B. Becker, Esq.
Christopher J. Braun, Esq.
George M. Plews, Esq.
Scott W. Brown, Esq.
Edward W. Cochran, Esq.
Kenneth E. Nelson, Esq.
Edward F. Siegel, Esq.
Stuart C. Yoes, Esq.
Christopher A. Bandas, Esq.
Robert E. Margulies, Esq.
Jeffrey L. Weinstein, Esq.
Ricky E. Bagolie, Esq.
Andrea Boggio, Esq.
Robert J. Gaudet, Jr., Esq.
James B. Hicks, Esq.
Kristen Dishman
Margaret Marasco